In the Matter of RUSSELL B. MARCHANT, as Trustee in Bankruptcy of BEAR TRACTORS, INC., Appellant and Respondent, against MEAD-MORRISON MANUFACTURING COMPANY, Respondent and Appellant.

(Submitted February 10, 1930; decided February 18, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 284.)

EMANUEL CLAYTON, as Administrator of the Estate of FRANCIS G. CLAYTON, Respondent, v. CITY OF NIAGARA FALLS, Appellant.

(Submitted February 10; 1930; decided February 18, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 595.)

JAMES A. LEARY et al., Copartners under the Firm Name of LEARY & FULLERTON, Respondents, v. CHARLOTTE LIPKIND, Appellant.

(Argued February 10, 1930; decided February 18, 1930.)

*Walter A. Fullerton* for motion.
*Charlotte Lipkind* opposed.

Motion granted and appeal dismissed, without costs.